UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**   JS-6

| Case No. | ED CV 12-74 CAS (SPx) | Date | March 7, 2012 |
|---|---|---|---|
| Title | FEDERAL NATIONAL MORTGAGE ASSOCIATION v. GUTIERREZ | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers:) ORDER REMANDING ACTION FOR LACK OF SUBJECT MATTER JURISDICTION

On December 15, 2011, plaintiff Federal National Mortgage Association filed an unlawful detainer action in Riverside County Superior Court against *pro se* defendant Estela Gutierrez. On January 13, 2012, defendant removed to this Court on the basis of federal question jurisdiction pursuant to 28 U.S.C. § 1331. Defendant asserts various federal claims in her notice of removal. See Dkt. No. 1.

On February 10, 2012, the Court issued an order to show cause within 20 days why this action should not be remanded for lack of subject matter jurisdiction. Dkt. No. 6. Defendant did not respond to the Court's order.

The Court finds that remand is appropriate. The law is clear that "[u]nlawful detainer actions are strictly within the province of state court." Federal Nat'l Mort. Assoc. v. Suarez, 2011 U.S. Dist. LEXIS 82300, *6 (E.D. Cal. Jul. 27, 2011); Deutsche Bank Nat'l Trust Co. v. Leonardo, 2011 U.S. Dist. LEXIS 83854, *2 (C.D. Cal. Aug. 1, 2011) ("[T]he complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law."). A defendant's attempt at creating federal subject matter jurisdiction by adding claims or defenses to a notice of removal must fail. McAtee v. Capital One, F.S.B., 479 F.3d 1143, 1145 (9th Cir. 2007).

Here, the only claim asserted by plaintiff is for unlawful detainer against defendant. See Dkt. No. 1. Defendant cannot create federal subject matter jurisdiction by adding claims or asserting defenses. McAtee, 479 F.3d at 1145. Accordingly, the Court lacks subject matter jurisdiction and must remand. Suarez, 2011 U.S. Dist. LEXIS 82300 at *6.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | ED CV 12-74 CAS (SPx) | Date | March 7, 2012 |
|---|---|---|---|
| Title | FEDERAL NATIONAL MORTGAGE ASSOCIATION v. GUTIERREZ | | |

In accordance with the foregoing, this case is hereby remanded to the Riverside County Superior Court.

IT IS SO ORDERED.

00 : 00

Initials of Preparer    CMJ